## MORRISON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 93, September Term, 1964.]

*Decided February 5, 1965.*

Before Pʀᴇsᴄᴏᴛᴛ, C. J., and Hᴀᴍᴍᴏɴᴅ, Hᴏʀɴᴇʏ, Mᴀʀʙᴜʀʏ and Oᴘᴘᴇɴʜᴇɪᴍᴇʀ, JJ.

Pᴇʀ Cᴜʀɪᴀᴍ.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Sodaro in the court below.

*Application denied.*